IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY MOORE and SUSAN MOORE**,

**Plaintiffs,**

v.

**MASONRY CONSTRUCTION, INC.,
SPRINT CORP., and
CITY OF ST. ROBERT, MISSOURI,**

**Defendants.**                                                      No. 12-6-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Sprint Corporation's motion to dismiss (Doc. 6). Specifically, Sprint contends that plaintiff's claims against it are barred by the statute of limitations. Plaintiff responded (Doc. 14), agreeing with Sprint's contentions and stating the motion should be granted. Accordingly, the Court **GRANTS** the motion. The Court **DISMISSES with prejudice** Sprint from this action.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2012.

David R. Herndon
2012.03.03
07:34:31 -06'00'

**Chief Judge
United States District Court**