IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY MOORE and SUSAN MOORE**,

**Plaintiffs,**

**v.**

**MASONRY CONSTRUCTION, INC.,
SPRINT CORP., and
CITY OF ST. ROBERT, MISSOURI,**

**Defendants.**                                    No. 12-6-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a notice of voluntary dismissal with prejudice (Doc. 33), filed by plaintiffs Timothy and Susan Moore pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As the remaining defendants, Masonry Construction, Inc. and City of St. Robert, Missouri, have not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal with prejudice. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2012.

Digitally signed by
David R. Herndon
Date: 2012.06.22
16:24:00 -05'00'

Chief Judge
United States District Court