IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY MOORE and SUSAN MOORE,

    Plaintiffs,

-vs-

MASONRY CONSTRUCTION INC.,
SPRINT CORP., and CITY OF
ST. ROBERT, MISSOURI,

    Defendants.                  NO. 12-CV-06-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 22, 2012, this case is **DISMISSED** with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                          BY:      /s/*Sandy Pannier*
                                          **Deputy Clerk**

Dated: June 25, 2012

Digitally signed by
David R. Herndon
Date: 2012.06.25
12:03:57 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT